**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00412-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CONSTANCE CORDOVA,

    Defendant.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

    This matter is before the Court upon appearance by counsel. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **October 19, 2009** and responses to these motions shall be filed by **October 30, 2009**. It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **December 4, 2009 at 3:30 p.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

    FURTHER ORDERED that a three-day jury trial is set for **December 14, 2009 at 9:00 a.m.**, in Courtroom A602.

    DATED: October __8__, 2009

                                           BY THE COURT:

                                           */s/ Christine M. Arguello*

                                           CHRISTINE M. ARGUELLO
                                           United States District Judge